**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert B Foley | Social Security number or ITIN xxx–xx–3789 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Rachael L Foley | Social Security number or ITIN xxx–xx–9190 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number: 20–16431–MEH

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert B Foley                    Rachael L Foley

12/30/24                          **By the court:** Mark Edward Hall
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:  
Robert B Foley  
Rachael L Foley  
    Debtors

Case No. 20-16431-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 30, 2024      Form ID: 3180W      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert B Foley, Rachael L Foley, 1137 Fathom Ave, Manahawkin, NJ 08050-2433 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518831250 | + | Care Connection Plus, 25790 Commerce Drive, Suite 100, Madison Heights, MI 48071-4183 |
| 518831252 | + | CentraState Medical Center, 901 W. Main St., Freehold, NJ 07728-2549 |
| 518831251 | + | CentraState Medical Center, c/o Mark A. Kriegel, Esq., PO Box 6448, Lawrence Township, NJ 08648-0448 |
| 518831259 | + | Delaware River and Bay Authority, PO Box 4971, Trenton, NJ 08650-4971 |
| 518831264 | + | Mayland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 518831265 | + | Meridian Medical Group, PO Box 416768, Boston, MA 02241-6768 |
| 518831274 | ++ | NYS THRUWAY, 200 SOUTHERN BLVD, PO BOX 189, ALBANY NY 12201-0189 address filed with court:, New York Thruway, Violations Processing Center, PO Box 15186, Albany, NY 12212 |
| 518831278 | | Piercing Pagota, PO Box 65940, San Antonio, TX 78265 |
| 518831281 | + | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518831282 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 519696602 | + | USAA Federal Savings Bank, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 519696603 | + | USAA Federal Savings Bank, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, USAA Federal Savings Bank, 2121 Waukegan Road,Suite 300 Bannockburn,New Jersey 60015-1831 |
| 518831291 | + | USSA Federal Saving Bank/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Ste B, Coppell, TX 75019-4620 |
| 518831292 | + | USSA Federal Saving Bank/Nationstar, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 30 2024 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 30 2024 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518831248 | + | EDI: AAFES | Dec 31 2024 01:14:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 518831247 | + | EDI: AAFES | Dec 31 2024 01:14:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 518896923 | + | EDI: AAFES | Dec 31 2024 01:14:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 518831249 | + | EDI: SYNC | Dec 31 2024 01:13:00 | Ashley Homestore, PO Box 9660061, Orlando, FL 32896-0001 |

Case 20-16431-MEH  Doc 77  Filed 01/01/25  Entered 01/02/25 00:12:07  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: 3180W | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518862292 | | Email/PDF: bncnotices@becket-lee.com | Dec 30 2024 20:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518895551 | | EDI: CITICORP | Dec 31 2024 01:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518831255 | + | EDI: CITICORP | Dec 31 2024 01:14:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518831256 | + | EDI: CITICORP | Dec 31 2024 01:14:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518831258 | + | EDI: WFNNB.COM | Dec 31 2024 01:14:00 | ComenityBank/Venus, Po Box 182789, Columbus, OH 43218-2789 |
| 518831257 | + | EDI: WFNNB.COM | Dec 31 2024 01:14:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 518831260 | + | Email/Text: BKNotice@ldvlaw.com | Dec 30 2024 20:29:00 | Ford Motor Credit, LLC, c/o Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 518831261 | | EDI: IRS.COM | Dec 31 2024 01:14:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518831253 | | EDI: JPMORGANCHASE | Dec 31 2024 01:13:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518831254 | | EDI: JPMORGANCHASE | Dec 31 2024 01:13:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518847611 | + | Email/Text: RASEBN@raslg.com | Dec 30 2024 20:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518885409 | | Email/Text: legaldivision@kheaa.com | Dec 30 2024 20:29:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518885410 | | Email/Text: legaldivision@kheaa.com | Dec 30 2024 20:29:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518831262 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2024 20:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518831263 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2024 20:28:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518831266 | + | EDI: AAFES | Dec 31 2024 01:14:00 | Military Star The Exchange, PO Box 740890, Cincinnati, OH 45274-0890 |
| 518889952 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 30 2024 20:29:00 | NEW JERSEY TURNPIKE AUTHORITY, Mark Schneider, Esq., 1 Turnpike Plaza, P.O. Box 5042, Woodbridge NJ 07095 |
| 518831277 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 30 2024 20:29:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518831274 | | Email/Text: bankruptcy@thruway.ny.gov | Dec 30 2024 20:29:00 | New York Thruway, Violations Processing Center, PO Box 15186, Albany, NY 12212 |
| 518831267 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 30 2024 20:27:57 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518831268 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 30 2024 20:27:55 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518836994 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 30 2024 20:28:00 | Navient Solutions, LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 518831270 | + | EDI: NFCU.COM | Dec 31 2024 01:14:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 518831269 | + | EDI: NFCU.COM | | |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 31 2024 01:14:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 518831271 | + | EDI: NFCU.COM | | |
| | | | Dec 31 2024 01:14:00 | Navy Federal Credit, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 518831273 | | EDI: NFCU.COM | | |
| | | | Dec 31 2024 01:14:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 518831272 | + | EDI: NFCU.COM | | |
| | | | Dec 31 2024 01:14:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 518831275 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 30 2024 20:29:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 518831276 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 30 2024 20:29:00 | Nissan Motor Acceptance, Pob 660366, Dallas, TX 75266-0366 |
| 518868548 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 30 2024 20:29:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518899322 | | EDI: PRA.COM | | |
| | | | Dec 31 2024 01:14:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 518831279 | | Email/Text: Correspondence@DuncanSolutions.com | | |
| | | | Dec 30 2024 20:29:00 | Professional Account Management, LLC, PO Box 391, Milwaukee, WI 53201 |
| 518891770 | | EDI: Q3G.COM | | |
| | | | Dec 31 2024 01:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518891752 | | EDI: Q3G.COM | | |
| | | | Dec 31 2024 01:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518979481 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Dec 30 2024 20:29:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518832390 | ^ | MEBN | | |
| | | | Dec 30 2024 20:19:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518831283 | + | EDI: SYNC | | |
| | | | Dec 31 2024 01:13:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518831284 | + | EDI: SYNC | | |
| | | | Dec 31 2024 01:13:00 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518864983 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 30 2024 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518831286 | + | EDI: WTRRNBANK.COM | | |
| | | | Dec 31 2024 01:14:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518831285 | + | EDI: WTRRNBANK.COM | | |
| | | | Dec 31 2024 01:14:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518831287 | | EDI: WFNNB.COM | | |
| | | | Dec 31 2024 01:14:00 | The Childrens Place, PO Box 659450, San Antonio, TX 78265 |
| 518831288 | + | EDI: CITICORP | | |
| | | | Dec 31 2024 01:14:00 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 518831289 | + | EDI: USAA.COM | | |
| | | | Dec 31 2024 01:13:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 518831290 | + | EDI: USAA.COM | | |
| | | | Dec 31 2024 01:13:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 518831293 | | EDI: WFNNB.COM | | |
| | | | Dec 31 2024 01:14:00 | Venus, PO Box 659450, San Antonio, TX 78265 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518862293 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518885411 | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518885412 | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518831280 | ##+ | Public Consulting Group, 414 Union Street, Nashville, TN 37219-1718 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor USAA FEDERAL SAVINGS BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Kathleen M Magoon | on behalf of Creditor USAA FEDERAL SAVINGS BANK logsecf@logs.com kathleenmagoon@gmail.com |
| Robert Cameron Legg | on behalf of Joint Debtor Rachael L Foley courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Robert B Foley courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9