Certificate Number: 03621-NJ-DE-039000536

Bankruptcy Case Number: 20-16431



03621-NJ-DE-039000536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2024</u>, at <u>9:29</u> o'clock <u>AM EDT</u>, <u>Rachael L Foley</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  October 25, 2024        By:   /s/Nicola ButtsWimpel

Name:  Nicola ButtsWimpel

Title:  Credit Counselor